UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09

MAGNETIC MEDIA HOLDINGS, INC.,

Plaintiff,

-v-

BRAD BENT GOURLEY and MELISSA
DALMAU,

Defendants.

No. 09 Civ. 2496 (RJS) (JCF)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' jointly submitted letter, dated April 23, 2009, indicating that the parties have agreed to submit all claims in this matter to a magistrate judge for settlement, "with the expectation of a resolution of all disputes between the parties, to be completed within 30 days." The letter also requests that "the Court adjourn *sine die* plaintiff's motions for temporary restraining orders and preliminary injunctions, including the hearing scheduled for Friday, April 24, 2009 at 2:30 p.m." The Court grants the parties' request. The conference and hearing scheduled for April 24, 2009 is adjourned *sine die*. All pending motions in this matter are dismissed without prejudice to renew. In a separate order, the Court will refer this case to the Honorable James C. Francis, Magistrate Judge, for settlement purposes. The parties are ordered to submit a joint letter to this Court, to be *received* no later than Friday, May 29, 2009, informing the Court (1) whether the Parties have been able to reach settlement in this matter; or (2) whether the Parties wish to proceed with a preliminary injunction hearing.

SO ORDERED.

Dated:    April 24, 2009
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE